UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 14-14698-LMI

IRIS M ORTIZ
JOSE R ORTIZ
    Debtor
_____/

MOTION FOR CLARIFICATION OF ORDER GRANTING MOTION TO VALUE
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion to Dismiss and states as follows:

1) The Debtors' Schedule A reflects that the debtor has interest in two properties, 13404 SW 153 Terrace ("Homestead Property") and 1655 West 44Place, Apt 237.("Apartment Property").

2) The Debtors' Schedule D reflects that there is no mortgage on the Homestead Property and two mortgage on the Apartment Property.

2) The debtor filed a motion to modify a mortgage recorded at OR Book 24500 page 00075 held by PNC Mortgage secured by the Apartment Property (ECF #64) and filed a renewed motion with the same information (ECF #107).

3) Deutsche Bank filed a response to the Motion to Value (ECF #94) stating that the loan number does not match the OR Book and Page known by the mortgage holder.

4) Deutsche Bank filed a response to the renewed Motion to Value (ECF #109)

5) An agreed order valuing the property located at 1655 W 44th Place, Hialeah, FL was entered on September 1, 2015. The order states that the mortgage valued is recorded at OR Book 24501 Page 3234. The agreed order also provides for payment of an unsecured portion of Claim

#4.

6) Deutsche Bank filed a claim ("Claim #4") as a mortgage secured by the Homestead Property and attached the mortgage recorded at OR Book 24501 Page 3234.

7) The plan states that the Homestead Property was surrendered to PNC Mortgage in month 17.

8) The Trustee is not certain if there is an unsecured portion of the valued property as there is no claim filed for the Apartment Property.

9) The plan pays for the valuation of the rental property but the order of valuation uses the OR Book and Page of the mortgage secured by the Homestead Property.

WHEREFORE, the Trustee requests that this Court enter an order striking the unsecured portion of the order on valuation and clarify that the order of valuation is on the mortgage secured by the Apartment Property.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and the Ntice of Hearing generated by ECF was served through NEF on Daniel M Keil, Esq; Jeffrey Frazer, Esq; Annessa S Kalloo, Esq

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE