UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

                                                CASE NO.:    14-14698-LMI

**IRIS MILAGROS ORTIZ,**           CHAPTER:    13
**JOSE RUBEN ORTIZ,**

        Debtors.
_____/

## MOTION TO ALLOW LATE PROOF OF CLAIM

    **Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8,** ("Creditor"), its successors and/or assigns, a secured creditor in the above-styled cause, hereby moves this Court to allow the filing of a late claim and as grounds:

    1. Creditor holds a secured mortgage loan on property owned by Debtor, located at 1655 W. 44th Place, Hialeah, FL 33012, more particularly described as follows:

    **CONDOMINIUM UNIT NO. 237, OF EL SOL CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 21928, AT PAGE 4422, OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY, FLORIDA.**

    **AKA: 1655 W. 44th PL, APT 237, HIALEAH, FL 33012 (the "Subject Property").**

    2. On August 4, 2015, Debtors filed a Renewed Motion to Value and Determine Secured Status of Lien of PNC MORTGAGE [DE#107] (the "Motion"), and in said Motion, the Debtors state that the value of the subject property is $70,000.00.

    3. The Creditor and the Debtors have consented to value of the Subject Property at $78,500.00, which shall be paid at 5.25%, amortized over sixty (60) months, with no balloon payments.

    4. As such, allowing Creditor to file a late claim is in the Debtors' best interest, because it will allow the Debtors to take advantage of the bankruptcy in order to become current on their obligations.

5. Creditor has filed this Motion in good faith. A copy of the Proof of Claim appears on the Claims Register.

6. Counsel for the Creditor has conferred with Counsel for the Debtor and the Debtor is in agreement with the filing of this Motion.

**WHEREFORE**, **Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8,** prays that the Court Grant the Motion to file a late Proof of Claim.

### CERTIFICATION PURSUANT TO LOCAL RULE 9011-4

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

By: /s/ *Ashleigh C. McKenzie, Esq.*
Ashleigh C. McKenzie, Esq.
Florida Bar No.: 123883

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this 23rd day of November, 2016**.**

Ashleigh C. McKenzie, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com

By: /s/ *Ashleigh C. McKenzie, Esq.*
Ashleigh C. McKenzie, Esq.
Florida Bar No.: 123883

**SERVICE LIST**
**Iris Milagros Ortiz**
13404 SW 153 Terrace
Miami, FL 33177

**Jose Ruben Ortiz**
13404 SW 153 Terrace
Miami, FL 33177

**Daniel M Keil**
6500 Cowpen Rd # 301
Miami Lakes, FL 33014

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130