

**ORDERED in the Southern District of Florida on April 2, 2017.**

Laurel M. Isicoff
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

CASE NO.:  14-14698-LMI
**IRIS MILAGROS ORTIZ,**          CHAPTER:  13
**JOSE RUBEN ORTIZ**

                        **DEBTORS.**
_____/

### AMENDED[1] ORDER GRANTING MOTION TO ALLOW LATE FILED PROOF OF CLAIM (DE #130)

**THIS CAUSE** came on for hearing on January 10, 2017, upon the Motion to Allow Late Filed Proof of Claim [DE #130] (the "Motion") filed by **Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8** (the "Movant") on November 23, 2016. The Court, having considered the Motion and the record, finds that the Motion should be granted.  Therefore, it is:

    **ORDERED:**

1.  The Motion to Allow Late Filed Proof of Claim is **GRANTED**.

2.  The Movant's Claim No. 5 is an allowed secured claim in the amount filed.

---

[1] This Order Amends the Amended Order Granting Motion to Allow Late Claim (DE #136), correcting the language in the Order

**Submitted By:**

Ashleigh C. McKenzie
Attorney for Secured Creditor
Albertelli Law
PO Box 23028
Tampa, FL 33623
Telephone (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com


By: /s/ Ashleigh C. McKenzie
Florida Bar No.: 123883


**The party submitting this Order shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1 (F).**

**Copies furnished to:**

**Iris Milagros Ortiz**
13404 SW 153 Terrace
Miami, FL 33177

**Jose Ruben Ortiz**
13404 SW 153 Terrace
Miami, FL 33177

**Daniel M Keil**
6500 Cowpen Rd # 301
Miami Lakes, FL 33014

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130