

## ORDERED in the Southern District of Florida on August 8, 2018.

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO.  14-14698-LMI

IRIS MILAGROS ORTIZ
JOSE RUBEN ORTIZ
        Debtor(s).
_____/

ORDER GRANTING TRUSTEE'S MOTION TO DEEM MORTGAGE PAID IN FULL

THIS CASE came on to be heard on August 7, 2018 on the Motion to Deem Mortgage Paid In Full and based on the record, it is ORDERED as follows:

1. The Motion to Deem Mortgage Paid In Full (#140) is granted.

2. The Trustee has paid the escrow payments under the plan and the secured portion of the mortgage lien of the property located at 1655 West 44th Place, Apt 237 (claim #5) in full.

3. The Trustee has paid the secured portion of the mortgage lien of the property located at 13404 SW 153 Terr, Miami, FL (claim #4) the amounts due under the plan prior to the creditor receiving relief from stay and the creditor's removal from the plan.

4. The Trustee has paid the allowed timely filed unsecured claims in full.

5. The Trustee may refund any excess funds to the Debtor.

* * *

Submitted by
    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954) 443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court